## No. 7174.

### STATE EX REL. JOHN LARRIEUX vs. THE JUDGE OF THE THIRD COURT.

A decree of this court that is sent down pending an application for rehearing is sent prematurely, but after the rehearing is refused, and the party cast then applies for

State ex rel. Schwing *vs.* Sheriff.

a *mandamus* and prohibition against enforcing the decree because it went down prematurely, they will be refused, as the decree became final before the application was made.

For *Mandamus* and Prohibition.

*Washington* for Relator.    *Mott* for Respondent.

MARR, J., delivered the opinion.